

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Mr. Leroy L. Moore
County Attorney
Houston County
Crockett, Texas

Dear Sir:                    Opinion No. O-7303

                        Re:  When a suit is filed for
                             delinquent taxes can
                             the owner of the land
                             file a plea of ten years
                             limitation and have the
                             school taxes deducted?

        Your letter of October 25, 1946, requests in
effect our opinion as to whether recent court decisions
have overruled our prior opinions on the above subject.

        In our opinions numbered O-3315, O-4495, O-6194
and O-6558, we held that under Article 7298, R. S., as
amended in 1931, a delinquent tax payer in a suit against
him for school district taxes may, by affirmative plead-
ing, avail himself of the defense of the ten year limita-
tion statute.

        In Sam Bassett Lumber Co. v. City of Houston,
194 S. W. (2d) 114, the Galveston Court of Civil Appeals
held the 1931 amendment to Article 7298 fixing a ten year
statute of limitation on school district and road district
taxes, to be unconstitutional and void.

        After first declining to grant a writ, the Texas
Supreme Court, on motion for rehearing, granted the appli-
cation for writ of error. Such cause, being No. A-926 on

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Mr. Leroy L. Moore, Page 2

the docket of the Supreme Court, is set for submission in the Supreme Court on November 13, 1946. Point No. I in the application for writ of error challenges the correctness of the lower court's decision on the constitutionality of the 1931 amendment to Article 7298. The Supreme Court granted the writ of error with the notation that it was granted on Points I, II and III.

We trust that this is the information desired by you.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By J. Arthur Sandlin
J. Arthur Sandlin
Assistant

JAS:ms

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN